Robert M. Traylor, Esq. (SBN 204445)
traylor@scmv.com
SELTZER CAPLAN McMAHON VITEK
A Law Corporation
750 B Street, Suite 2100
San Diego, California 92101-8177
Telephone: (619) 685-3003
Facsimile: (619) 685-3100

Attorney for Plaintiff
FEDERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES JEWELRY LIQUIDATORS, INC., a Florida corporation; SPD GROUP, INC., a Florida corporation; and SANDRA BULLOCK, an individual,<br><br>    Defendants. | Case No. 2:13 CV 7730 CAS MANx<br><br>**JOINT STATUS REPORT**<br><br>Scheduling Conf: May 19, 2014<br>Time: 11:00 a.m.<br>Judge: Hon. Christina A. Snyder<br>Crtrm: 5, 2d Floor<br><br>Complaint Filed: October 18, 2013 |

Pursuant to this Court's April 16, 2014 Order (Dk 14), the Parties jointly submit this Status Report.

1. The Parties in the underlying lawsuit captioned *Sandra Bullock v. Toywatch USA, et al.,* and to the JAMS Arbitration captioned as *Sandra Bullock v. United States Jewelry Liquidators et al.*, currently pending in the Judicial Arbitration and Mediation Services ("JAMS") Santa Monica Branch, have reached a tentative settlement and are in the process of preparing a written settlement agreement. A draft global final and confidential settlement agreement (the "Agreement"), has been exchanged by the parties.. It is contemplated that, upon approval and execution, the Agreement will resolve all disputed matters between the parties to these above-referenced actions, as well as a further declaratory relief action pending in state court, in their entirety. As pertinent here, it is anticipated that the Agreement will resolve this Declaratory Relief action, which will be dismissed.

2. The parties hope to have the Agreement approved and executed by the end of this week, the week of May 12, 2014, at which time a dismissal of this action will be filed by Plaintiff Federal Insurance Company. Under the draft terms of the Agreement, that dismissal will be filed, as required under the terms of the Agreement, within ten (10) business days of the effective date of the Agreement, i.e., that date upon which all parties have signed the Agreement.

Dated: May 12, 2014

SELTZER CAPLAN McMAHON VITEK
A Law Corporation


By:  /s/ *Robert M. Traylor*
Robert M. Traylor, Esq.
Attorneys for Plaintiff FEDERAL INSURANCE COMPANY

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: May 12, 2014 | LITTLE REID & KARZAI, LLP |
| 4 | | By: s/ *Eric R. Little* |
| | | Eric R. Little, Esq. |
| 5 | | Attorneys for Defendant S.P.D. GROUP, INC. and UNITED STATES JEWELRY LIQUIDATORS |
| 8 | Dated: May 12, 2014 | HARDER MIRELL & ABRAMS LLP |
| 11 | | By: s/ *Charles J. Harder* |
| | | Charles J. Harder, Esq. |
| 12 | | Attorneys for Defendant SANDRA BULLOCK |

**ECF CERTIFICATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

DATED: May 12, 2014          SELTZER CAPLAN McMAHON VITEK

                             By:        s/ *Robert M. Traylor*
                                      ROBERT M. TRAYLOR, ESQ.

# CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail address(es) below and as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List (none such listed).

| | |
|---|---|
| Charles J. Harder, Esq.<br>HARDER MIRELL & ABRAMS LLP<br>1801 Ave of the Stars #1120<br>Los Angeles CA 90067<br>424-203-1600<br>charder@hmafirm.com<br>*Attorneys for Sandra Bullock* | Eric R. Little, Esq.<br>LITTLE REID & KARZAI LLP<br>3333 Michelson Dr #310<br>Irvine CA 92612<br>949-333-1699<br>erl@lrkllp.com<br>*Attorneys for SPD Group, Inc. and USJL Inc.* |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed May 12, 2014.

By:  s/ *Robert M. Traylor*
    Robert M. Traylor, Esq.

P:\15\15536\71336\Pleads\Jt Status Report FINAL.docx\\fILE1.scmv.local\P_Client\15\15536\71336\Pleads\Jt Status Report.redline.docx